UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
\_\_\_\_\_

RONALD LIGHT,

        Plaintiff,             Case No. 1:25-cv-00514

v.                                     Honorable Phillip J. Green

DALE BONN, et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:  May 19, 2025                    /s/ Phillip J. Green
                                              PHILLIP J. GREEN
                                              United States Magistrate Judge